# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2568
Lower Tribunal No. 2022-CC-000263-0001-XX

_____

MALACHITE AT SAPPHIRE LAKES CONDO ASSOCIATION 2, LLC,

Appellant,

v.

SECRETARY OF HOUSING AND URBAN DEVELOPMENT,

Appellee.

_____

Appeal from the County Court for Collier County.
Tamara Lynne Nicola, Judge.

October 25, 2024

PER CURIAM.

AFFIRMED. *Butler v. Yusem*, 44 So. 3d 102, 105 (Fla. 2010) ("Under the tipsy coachman doctrine, where the trial court 'reaches the right result, but for the wrong reasons,' an appellate court can affirm the decision only if 'there is any theory or principle of law in the record which would support the ruling.'" (emphasis omitted) (quoting *Robertson v. State*, 829 So. 2d 901, 906 (Fla. 2002))); 28 U.S.C. § 2410 (outlining exceptions to sovereign immunity in certain proceedings involving property owned, mortgaged, or liened by the United States).

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.

Gregory Bryl, Sunny Isles Beach, for Appellant.

Jason D. Silver and Jacqueline C. Guberman, of Kelley Kronenberg, Fort Lauderdale, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED